USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THERESE PATRICIA OKOUMOU,

                Plaintiff,          03 **CIVIL** 1606 (LAK)

    -against-                  **JUDGMENT**

SAFE HORIZON,

                Defendant.
-----------------------------------------------------------X

      The issues in the above-entitled action having been brought on for trial before the Honorable Lewis A Kaplan, United States District Judge, and a jury on June 22, 2009, and at the conclusion of the trial on June 24, 2009, the jury having returned a Special verdict in favor of the defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

DATED: New York, New York
          June 30, 2009

SO ORDERED

_____
USDJ

J. MICHAEL McMAHON
_____
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____